IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:20-CV-00036-GCM

| | |
|---|---|
| **GOBLE MCGUIRE JR.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ANDREW M. SAUL,**<br><br>**Defendant.** | **ORDER** |

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 405(g) of the Social Security Act, 42 U.S.C. § 405(g), and upon consideration of Defendant's unopposed request to reverse this decision pursuant to 42 U.S.C. § 405(g) and § 1383(c)(3) and remand this cause for further administrative action, the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and remands the case to Defendant for further administrative action. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**SO ORDERED**.

Signed: October 26, 2020

Graham C. Mullen
United States District Judge