IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| GOBLE McGUIRE, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 1:20-CV-00036 |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) ) |

## ORDER

Upon stipulation of the parties, it is hereby ordered that Defendant will pay Plaintiff $3,800 in attorney's fees and $400 in court costs in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, The Stepp Law Firm, in accordance with Plaintiff's assignment to his attorney of the right to payment of attorney's fees under the Equal Access to Justice Act.

So ordered, this 20th day of Jan, 2021.

GRAHAM C. MULLEN
SENIOR UNITED STATES DISTRICT JUDGE